# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOLENE ALECK, AN INDIVIDUAL,
Appellant,

vs.

ZIONS BANCORPORATION,
NATIONAL ASSOCIATION, F/K/A ZB
NATIONAL ASSOCIATION, A
NATIONAL BANKING ASSOCIATION,
D/B/A NEVADA STATE BANK,
Respondent.

No. 80573

**FILED**

AUG 25 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Barry L. Breslow, District Judge
       J. Douglas Clark, Settlement Judge
       The Law Offices of Charles R. Zeh, Esq.
       Kent Law, PLLC
       McDonald Carano LLP/Reno
       Washoe District Court Clerk

20-31288